MARJIE D. BARROWS (SBN 122129)
KATHLEEN M. DeLANEY (SBN 196376)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   ~~(510) 740-1500~~
Facsimile:   ~~(510) 740-1501~~
E-mail:       mbarrows@fgppr.com
E-mail:       kdelaney@fgppr.com

Attorneys for Defendant THE AMERICAN
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| THE MEAT MARKET, INC., dba STATE CENTER FOODS, | No.  1:11-CV-00983-AWI DLB |
| Plaintiff, | **STIPULATION TO CONTINUE DISCLOSURE OF EXPERTS; ORDER THEREON** |
| vs. | |
| THE AMERICAN INSURANCE COMPANY and DOES 1 through 50, inclusive, | Trial Date:  December 2, 2012 |
| Defendants. | |

/

TO THE HONORABLE DENNIS L. BECK, UNITED STATES DISTRICT COURT

MAGIS~~TRATE JUDGE~~:

**STIPULATION**

WHEREAS, Plaintiff THE MEAT MARKET, INC. and Defendant THE

AMERICAN INSURANCE COMPANY desire to continue the parties' last day to disclose

expert witnesses and supplemental expert witnesses, on the following grounds:

1.     Counsel for both parties have worked diligently to complete written

discovery and schedule percipient depositions, but because percipient discovery is not yet

complete, counsel find that they cannot meet the existing deadlines for the parties'

-1-

disclosure of expert witnesses and supplemental expert witnesses, and

**STIPULATION TO CONTINUE DISCLOSURE OF EXPERTS**
CASE NO.  1:11-CV-00983-AWI DLB

2.     This would be the first continuance of this deadline in this matter.

NOW, THEREFORE, by and through their undersigned counsel of record, Plaintiff THE MEAT MARKET, INC. and Defendant THE AMERICAN INSURANCE COMPANY hereby stipulate to the following:

1.     The last day for the parties to disclose expert witnesses with reports is continued to June 15, 2012; and

2.     The last day for the parties to disclose supplemental expert witnesses with reports is continued to June 29, 2012.

DATED:  April 10, 2012                **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**


By:    /s/ Kathleen M. DeLaney
           Marjie D. Barrows
           Kathleen M. DeLaney

Attorneys for Defendant
**THE AMERICAN INSURANCE COMPANY**


DATED:  April 10, 2012                **HOPPE LAW GROUP**


By:    /s/ Barbara J. Rueger
           Theodore W. Hoppe
           Barbara J. Rueger

Attorneys for Plaintiff
**THE MEAT MARKET, INC., dba STATE CENTER FOODS**

-2-
**STIPULATION TO CONTINUE DISCLOSURE OF EXPERTS**
CASE NO.  1:11-CV-00983-AWI DLB

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

1

### **ORDER**

2        IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, as follows:

3        1.     The last day for the parties to disclose expert witnesses with reports is

4    continued to June 15, 2012; and

5        2.     The last day for the parties to disclose supplemental expert witnesses with

6    reports is continued to June 29, 2012.

7        IT IS SO ORDERED.

8    Date:  11 April 2012                          /s/ Dennis L. Beck
              HONORABLE                                   DENNIS L. BECK
9             United                                 States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

-3-

**STIPULATION TO CONTINUE DISCLOSURE OF EXPERTS**
CASE NO.  1:11-CV-00983-AWI DLB