MARJIE D. BARROWS (SBN 122129)
KATHLEEN M. DeLANEY (SBN 196376)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:  ~~(510) 740-1500~~
Facsimile:  ~~(510) 740-1501~~
E-mail:  mbarrows@fgppr.com
E-mail:  kdelaney@fgppr.com

Attorneys for Defendant THE AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| THE MEAT MARKET, INC., dba STATE CENTER FOODS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE AMERICAN INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br>_____/ | No.  1:11-CV-00983-AWI DLB<br><br>**STIPULATION TO CONTINUE DISCLOSURE OF EXPERTS; ORDER THEREON**<br><br>Trial Date:  December 2, 2012 |

TO THE HONORABLE DENNIS L. BECK, UNITED STATES DISTRICT COURT MAGI~~STRATE JUDGE~~:

**STIPULATION**

WHEREAS, Plaintiff THE MEAT MARKET, INC. and Defendant THE AMERICAN INSURANCE COMPANY desire to continue the parties' last day to disclose expert witnesses and supplemental expert witnesses, on the following grounds:

1.　Counsel for both parties have worked diligently to complete written discovery and schedule percipient depositions, but because percipient discovery is not yet complete, counsel find that they cannot meet the existing deadlines for the parties'

-1-
**STIPULATION TO CONTINUE DISCLOSURE OF EXPERTS**
CASE NO.  1:11-CV-00983-AWI DLB

2. This would be the first continuance of this deadline in this matter.

NOW, THEREFORE, by and through their undersigned counsel of record, Plaintiff THE MEAT MARKET, INC. and Defendant THE AMERICAN INSURANCE COMPANY hereby stipulate to the following:

1. The last day for the parties to disclose expert witnesses with reports is continued to June 15, 2012; and

2. The last day for the parties to disclose supplemental expert witnesses with reports is continued to June 29, 2012.

DATED: April 10, 2012　　　　　　　**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By:  /s/ Kathleen M. DeLaney
　　　Marjie D. Barrows
　　　Kathleen M. DeLaney

Attorneys for Defendant
**THE AMERICAN INSURANCE COMPANY**

DATED: April 10, 2012　　　　　　　**HOPPE LAW GROUP**

By:  /s/ Barbara J. Rueger
　　　Theodore W. Hoppe
　　　Barbara J. Rueger

Attorneys for Plaintiff
**THE MEAT MARKET, INC., dba STATE CENTER FOODS**

-2-
**STIPULATION TO CONTINUE DISCLOSURE OF EXPERTS**
CASE NO.  1:11-CV-00983-AWI DLB

# **ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, as follows:

1. The last day for the parties to disclose expert witnesses with reports is continued to June 15, 2012; and

2. The last day for the parties to disclose supplemental expert witnesses with reports is continued to June 29, 2012.

IT IS SO ORDERED.

Date: 11 April 2012                            /s/ Dennis L. Beck
          HONORABLE                                DENNIS L. BECK
          United                                        States Magistrate Judge

-3-
**STIPULATION TO CONTINUE DISCLOSURE OF EXPERTS**
CASE NO.  1:11-CV-00983-AWI DLB