MARJIE D. BARROWS (SBN 122129)
KATHLEEN M. DeLANEY (SBN 196376)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-mail: mbarrows@fgppr.com
E-mail: kdelaney@fgppr.com

Attorneys for Defendant THE AMERICAN
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| THE MEAT MARKET, INC., dba STATE CENTER FOODS,<br><br>    Plaintiff,<br><br>vs.<br><br>THE AMERICAN INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____/ | No. 1:11-CV-00983-AWI DLB<br><br>**STIPULATION TO CONTINUE DEADLINES TO DISCLOSE EXPERTS AND TO FILE DISPOSITIVE MOTIONS; ORDER THEREON**<br><br>Trial Date: December 2, 2012 |

TO THE HONORABLE DENNIS L. BECK, UNITED STATES DISTRICT COURT MAGISTRATE JUDGE:

**STIPULATION**

WHEREAS, Plaintiff THE MEAT MARKET, INC. and Defendant THE AMERICAN INSURANCE COMPANY desire to continue the parties' last day to disclose expert witnesses and supplemental expert witnesses, and the parties' last day to file dispositive motions, on the following grounds:

1. Counsel for both parties have worked diligently and amicably to complete written discovery and schedule percipient depositions, but depositions and a site inspection are not yet complete;

2. Thus, counsel find that they cannot meet the existing deadlines for the parties' disclosure of expert witnesses and supplemental expert witnesses, and for the filing of dispositive motions;

3. The parties have scheduled the completion of percipient depositions and a site inspection by July 20, 2012; and

4. This would be the first continuance of the dispositive motion deadline and the second extension of the expert witness disclosure deadline in this matter.

NOW, THEREFORE, by and through their undersigned counsel of record, Plaintiff THE MEAT MARKET, INC. and Defendant THE AMERICAN INSURANCE COMPANY hereby stipulate to the following:

1. The last day for the parties to disclose expert witnesses with reports is continued to August 3, 2012;

2. The last day for the parties to disclose supplemental expert witnesses with reports is continued to August 17, 2012;

3. The last day for the parties to file dispositive motions is continued to August 10, 2012; and

//

**STIPULATION TO CONTINUE DEADLINES**
CASE NO. 1:11-CV-00983-AWI DLB

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

4.  The last day for dispositive motions to be heard is continued to September 17, 2012.

DATED:  June 15, 2012              **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By:  /s/ Kathleen M. DeLaney
     Marjie D. Barrows
     Kathleen M. DeLaney

Attorneys for Defendant
**THE AMERICAN INSURANCE COMPANY**

DATED:  June 15, 2012, 2012        **HOPPE LAW GROUP**

By:  /s/ Barbara J. Rueger
     Theodore W. Hoppe
     Barbara J. Rueger

Attorneys for Plaintiff
**THE MEAT MARKET, INC., dba STATE CENTER FOODS**

-3-
**STIPULATION TO CONTINUE DEADLINES**
CASE NO.  1:11-CV-00983-AWI DLB

# ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, as follows:

1. The last day for the parties to disclose expert witnesses with reports is continued to August 3, 2012;

2. The last day for the parties to disclose supplemental expert witnesses with reports is continued to August 17, 2012;

3. The last day for the parties to file dispositive motions is continued to August 10, 2012; and

4. The last day for dispositive motions to be heard is continued to September 17, 2012.

IT IS SO ORDERED.

Dated: **June 19, 2012**          /s/ *Dennis L. Beck*
                                 UNITED STATES MAGISTRATE JUDGE

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500