MARJIE D. BARROWS (SBN 122129)
KATHLEEN M. DeLANEY (SBN 196376)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   (510) 740-1500
Facsimile:    (510) 740-1501
E-mail:       mbarrows@fgppr.com
E-mail:       kdelaney@fgppr.com

Attorneys for Defendant THE AMERICAN
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| THE MEAT MARKET, INC., dba STATE CENTER FOODS,<br><br>    Plaintiff,<br><br>vs.<br><br>THE AMERICAN INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>    Defendants. | No.  1:11-CV-00983-AWI DLB<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES**<br><br>Trial Date:  December 2, 2012 |

-1-
**STIPULATION AND ORDER TO CONTINUE TRIAL**
CASE NO.  1:11-CV-00983-AWI DLB

TO THE HONORABLE DENNIS L. BECK, UNITED STATES DISTRICT COURT MAGISTRATE JUDGE:

**STIPULATION**

WHEREAS, Plaintiff THE MEAT MARKET, INC. and Defendant THE AMERICAN INSURANCE COMPANY desire to continue the trial date and all related pre-trial dates in this matter, on the following grounds:

1. Counsel for both parties have worked diligently and amicably to complete written discovery and schedule percipient depositions, but depositions and a site inspection are not yet complete.

2. As set forth in detail in the declaration of Theodore W. Hoppe, counsel for Plaintiff have more than 15 trials in other matters set for August, September, November and December 2012, and due to scheduling and preparation issues related to the other trials, counsel find that they cannot meet the existing deadlines and adequately prepare for trial in this matter.

3. This would be the first trial continuance in this matter.

NOW, THEREFORE, by and through their undersigned counsel of record, Plaintiff THE MEAT MARKET, INC. and Defendant THE AMERICAN INSURANCE COMPANY hereby stipulate to the following:

1. The discovery cut-off for percipient depositions already noticed and a site inspection is continued to November 2, 2012;

2. The last day for the parties to disclose expert witnesses with reports is continued to November 23, 2012;

3. The last day for the parties to disclose supplemental expert witnesses with reports is continued to December 7, 2012;

4. The last day for dispositive motions to be heard is continued to February 22, 2013;

**STIPULATION AND ORDER TO CONTINUE TRIAL**
CASE NO. 1:11-CV-00983-AWI DLB

5. The final pre-trial conference is continued to April 5, 2013; and

6. The trial date is continued to May 13, 2013.

DATED: August 10, 2012  **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By:  /s/ Kathleen M. DeLaney
     Marjie D. Barrows
     Kathleen M. DeLaney

Attorneys for Defendant
**THE AMERICAN INSURANCE COMPANY**

DATED: August 10, 2012  **HOPPE LAW GROUP**

By:  /s/ Theodore W. Hoppe
     Theodore W. Hoppe
     Barbara J. Rueger

Attorneys for Plaintiff
**THE MEAT MARKET, INC., dba STATE CENTER FOODS**

# **ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, as follows:

1. The discovery cut-off for percipient depositions already noticed and a site inspection is continued to November 2, 2012;

2. The last day for the parties to disclose expert witnesses with reports is continued to November 23, 2012;

3. The last day for the parties to disclose supplemental expert witnesses with reports is continued to December 7, 2012;

4. The last day for dispositive motions to be heard is continued to February 22, 2013;

5. The final pre-trial conference is continued to April 5, 2013 at 8:30am; and

6. The trial date is continued to May 23, 2013 at 8:30am.

IT IS SO ORDERED.

Dated:   August 13, 2012                    _____
                                            CHIEF UNITED STATES DISTRICT JUDGE

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500