MARJIE D. BARROWS (SBN 122129)
KATHLEEN M. DeLANEY (SBN 196376)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   (510) 740-1500
Facsimile:   (510) 740-1501
E-mail:   mbarrows@fgppr.com
E-mail:   kdelaney@fgppr.com

Attorneys for Defendant THE AMERICAN
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| THE MEAT MARKET, INC., dba STATE CENTER FOODS,<br><br>            Plaintiff,<br><br>   vs.<br><br>THE AMERICAN INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>            Defendants.<br>_____/ | No.  1:11-CV-00983-AWI DLB<br><br>**STIPULATION TO CONTINUE DISCLOSURE OF EXPERTS; ORDER THEREON**<br><br>Trial Date:  May 21, 2013 |

TO THE HONORABLE DENNIS L. BECK, UNITED STATES DISTRICT COURT MAGISTRATE JUDGE:

**STIPULATION**

WHEREAS, Plaintiff THE MEAT MARKET, INC. and Defendant THE AMERICAN INSURANCE COMPANY desire to continue the parties' last day to disclose expert witnesses and supplemental expert witnesses, on the following grounds:

1.   Counsel for both parties have worked diligently to complete discovery, but counsel find that they cannot meet the existing deadlines for the parties' disclosure of expert witnesses and supplemental expert witnesses; and

2. This would be the second continuance of this deadline in this matter.

NOW, THEREFORE, by and through their undersigned counsel of record, Plaintiff THE MEAT MARKET, INC. and Defendant THE AMERICAN INSURANCE COMPANY hereby stipulate to the following:

1. The last day for the parties to disclose expert witnesses with reports is continued to December 28, 2012; and

2. The last day for the parties to disclose supplemental expert witnesses with reports is continued to January 11, 2013.

DATED:  November 21, 2012         **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**


By: /s/ Kathleen M. DeLaney
      Marjie D. Barrows
      Kathleen M. DeLaney

Attorneys for Defendant
**THE AMERICAN INSURANCE COMPANY**

DATED:  November 21, 2012         **HOPPE LAW GROUP**


By: /s/ Barbara J. Rueger
      Theodore W. Hoppe
      Barbara J. Rueger

Attorneys for Plaintiff
**THE MEAT MARKET, INC., dba STATE CENTER FOODS**

-2-
**STIPULATION TO CONTINUE DISCLOSURE OF EXPERTS**
CASE NO.  1:11-CV-00983-AWI DLB

# **ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, as follows:

1. The last day for the parties to disclose expert witnesses with reports is continued to December 28, 2012; and

2. The last day for the parties to disclose supplemental expert witnesses with reports is continued to January 11, 2013.

IT IS SO ORDERED.

Dated: **November 26, 2012**         /s/ *Dennis L. Beck*
                                     UNITED STATES MAGISTRATE JUDGE