**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE MEAT MARKET, INC., dba STATE CENTER FOODS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE AMERICAN INSURANCE CO.; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | 1:11-cv-00983-AWI-SAB<br><br>ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION<br><br>(Doc. 28) |

Defendant The American Insurance Company has filed a motion for summary judgment, currently set for hearing on Monday, February 25, 2013.  The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument.  *See* Eastern District Local Rule 230(g).  Accordingly, the previously scheduled hearing date of February 25, 2013 is hereby VACATED and the parties shall not appear at that time.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:　February 21, 2013　　　　　　　　　　　／s／ signature

　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE