THEODORE W. HOPPE (SBN 138064)
BARBARA J. RUEGER (SBN 185338)
**HOPPE LAW GROUP**
**A PROFESSIONAL LAW OFFICE**
680 W. Shaw Avenue, Suite 207
Fresno, California 93704
Telephone (559) 241-7070
Facsimile (559) 241-7212

Attorneys for Plaintiff THE MEAT MARKET, INC.,
dba STATE CENTER FOODS


MARJIE D. BARROWS (SBN 122129)
KATHLEEN M. DeLANEY (SBN 196376)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   (510) 740-1500
Facsimile:   (510) 740-1501
E-mail:      mbarrows@fgppr.com
E-mail:      kdelaney@fgppr.com

Attorneys for Defendant THE AMERICAN
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| THE MEAT MARKET, INC., dba STATE CENTER FOODS,<br><br>             Plaintiff,<br><br>     vs.<br><br>THE AMERICAN INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>             Defendants.<br>_____/ | No.  1:11-CV-00983-AWI DLB<br><br>**STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE; ORDER THEREON**<br><br>Trial Date:  May 21, 2013 |

TO THE HONORABLE ANTHONY W. ISHII, UNITED STATES SENIOR DISTRICT

JUDGE:

**STIPULATION**

WHEREAS, Plaintiff THE MEAT MARKET, INC. and Defendant THE

AMERICAN INSURANCE COMPANY desire to continue the Final Pre-trial Conference in this matter, on the following grounds:

1.  Counsel for Plaintiff have been engaged in trials in February and March of 2013, and due to Plaintiff's counsel's scheduling and preparation issues related to the these trials, the parties have been unable to complete expert depositions and have been unable to adequately prepare for the Final Pre-trial Conference in this matter.

NOW, THEREFORE, by and through their undersigned counsel of record, Plaintiff THE MEAT MARKET, INC. and Defendant THE AMERICAN INSURANCE COMPANY hereby stipulate to the following:

1. The Final Pre-Trial Conference is continued to April 26, 2013;
2. The parties' Joint Pre-trial Conference Statement must be filed by April 19, 2013.

DATED: March 19, 2013       **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By:   /s/ Kathleen M. DeLaney
       Marjie D. Barrows
       Kathleen M. DeLaney

Attorneys for Defendant
**THE AMERICAN INSURANCE COMPANY**

DATED: March 20, 2013       **HOPPE LAW GROUP**

By:   /s/ Theodore W. Hoppe
       Theodore W. Hoppe
       Barbara J. Rueger

Attorneys for Plaintiff
**THE MEAT MARKET, INC., dba STATE CENTER FOODS**

-2-
**STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE**
CASE NO.  1:11-CV-00983-AWI DLB

## **ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, as follows:

1. The Final Pre-Trial Conference is continued to April 26, 2013;
2. The parties Joint Pre-trial Conference Statement must be filed by April 19, 2013.

IT IS SO ORDERED.

Dated:  March 21, 2013                              _____
                                                                                SENIOR  DISTRICT  JUDGE