1  THEODORE W. HOPPE (SBN 138064)
   BARBARA J. RUEGER (SBN 185338)
2  **HOPPE LAW GROUP**
   **A PROFESSIONAL LAW OFFICE**
3  680 W. Shaw Avenue, Suite 207
   Fresno, California 93704
4  Telephone (559) 241-7070
   Facsimile (559) 241-7212
5
   Attorneys for Plaintiff THE MEAT MARKET, INC.,
6  dba STATE CENTER FOODS

7

8  MARJIE D. BARROWS (SBN 122129)
   KATHLEEN M. DeLANEY (SBN 196376)
   **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
9  2000 Powell Street, Suite 900
   Emeryville, CA  94608
10 Telephone:    (510) 740-1500
   Facsimile:    (510) 740-1501
11 E-mail:       mbarrows@fgppr.com
   E-mail:       kdelaney@fgppr.com
12
   Attorneys for Defendant THE AMERICAN
13 INSURANCE COMPANY

14
                    UNITED STATES DISTRICT COURT
15
              EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION
16

17

18 THE MEAT MARKET, INC., dba            No.  1:11-CV-00983-AWI DLB
   STATE CENTER FOODS,
                                         **STIPULATION TO CONTINUE**
19              Plaintiff,               **PRE-TRIAL CONFERENCE;**
                                         **ORDER THEREON**
20      vs.

21 THE AMERICAN INSURANCE                Trial Date:  May 21, 2013
   COMPANY and DOES 1 through 50,
22 inclusive,

23              Defendants.
                                    /
24

25 TO THE HONORABLE ANTHONY W. ISHII, UNITED STATES SENIOR DISTRICT

26 JUDGE:

27      **STIPULATION**

28      WHEREAS, Plaintiff THE MEAT MARKET, INC. and Defendant THE

-1-
**STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE**
CASE NO.  1:11-CV-00983-AWI DLB

AMERICAN INSURANCE COMPANY desire to continue the Final Pre-trial Conference in this matter, on the following grounds:

1. Counsel for Plaintiff have been engaged in trials in February and March of 2013, and due to Plaintiff's counsel's scheduling and preparation issues related to the these trials, the parties have been unable to complete expert depositions and have been unable to adequately prepare for the Final Pre-trial Conference in this matter.

NOW, THEREFORE, by and through their undersigned counsel of record, Plaintiff THE MEAT MARKET, INC. and Defendant THE AMERICAN INSURANCE COMPANY hereby stipulate to the following:

1. The Final Pre-Trial Conference is continued to April 26, 2013;
2. The parties' Joint Pre-trial Conference Statement must be filed by April 19, 2013.

DATED: March 19, 2013        **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: /s/ Kathleen M. DeLaney
    Marjie D. Barrows
    Kathleen M. DeLaney

Attorneys for Defendant
**THE AMERICAN INSURANCE COMPANY**

DATED: March 20, 2013        **HOPPE LAW GROUP**

By: /s/ Theodore W. Hoppe
    Theodore W. Hoppe
    Barbara J. Rueger

Attorneys for Plaintiff
**THE MEAT MARKET, INC., dba STATE CENTER FOODS**

# **ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, as follows:

1. The Final Pre-Trial Conference is continued to April 26, 2013;

2. The parties Joint Pre-trial Conference Statement must be filed by April 19, 2013.

IT IS SO ORDERED.

Dated:  March 21, 2013                              _____
                                                    SENIOR  DISTRICT  JUDGE