1  **Theodore W. Hoppe, #138064**
   **Barbara J. Rueger #185338**
2  **HOPPE LAW GROUP**
   *A PROFESSIONAL LAW OFFICE*
3  *680 W. Shaw Avenue, Suite 207*
   *Fresno, California 93704*
4  *Telephone (559) 241-7070*
   *Facsimile (559) 241-7212*
5

6  Attorneys for Plaintiff, THE MEAT MARKET, INC., dba STATE CENTER FOODS

7  **Marjie D. Barrows, #122129**
   **Kathleen M. DeLaney, #196376**
8  **FORAN GLENNON PALANDECH**
   **PONZI & RUDLOFF PC**
9  2000 Powell Street, Suite 900
   Emeryville, CA 94608
10 Telephone: (510) 740-1500
   Facsimile: (510) 740-1501
11

12 Attorneys for Defendant, THE AMERICAN INSURANCE COMPANY

13

14             **UNITED STATES DISTRICT COURT**

15     **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

16                        * * * * *

17 THE MEAT MARKET, INC., dba          )   **CASE NO. 1:11-cv-00983-AWI-SAB**
   STATE CENTER FOODS,                 )
18                                     )   **STIPULATION AND ORDER TO**
                                       )   **CONTINUE TRIAL DATE AND**
19            Plaintiff,               )   **FINAL PRE-TRIAL CONFERENCE**
                                       )
20 vs.                                 )   Trial Date: May 13, 2013
                                       )
21 THE AMERICAN INSURANCE              )
   COMPANY and DOES 1 through 50,      )
   inclusive,                          )
22                                     )
            Defendants.                )
23 _____     )

24 **TO THE HONORABLE STANLEY A. BOONE, UNITED STATES DISTRICT**
   **COURT JUDGE:**
25

26        **STIPULATION**

27        WHEREAS, Plaintiff THE MEAT MARKET, INC. and Defendant THE

28 AMERICAN INSURANCE COMPANY desire to further continue the trial date, and

1   the Final Pre-Trial Conference in this matter, on the following grounds:

2        1.      Counsel for both parties have worked diligently and amicably to schedule

3   and complete expert depositions, but expert depositions are not yet complete.

4        2.      The parties are seeking to schedule and participate in a global mediation

5   which includes a related State Court action.

6        3.      This would be the second trial continuance in this matter.

7        NOW, THEREFORE, by and through their undersigned counsel of record,

8   Plaintiff THE MEAT MARKET, INC. and Defendant THE AMERICAN INSURANCE

9   COMPANY hereby stipulate to the following:

10       1.      The Final Pre-Trial Conference is continued to a date in approximately

11  early July, 2013; but no earlier than June 25, 2013.

12       2.      The Trial date is continued to a date in approximately late July, 2013.

13

14  DATED:        April 12, 2013        FORAN GLENNON PALANDECH
                                        PONZI & RUDLOFF PC
15

16                                      By:  /s/
                                             Marjie D. Barrows
17                                           Kathleen M. DeLaney
                                             Attorneys for Defendant,
18                                           THE AMERICAN INSURANCE
                                             COMPANY
19

20  DATED:        April 12, 2013        HOPPE LAW GROUP

21

22                                      By: /s/
                                            Theodore W. Hoppe
23                                          Barbara J. Rueger
                                            Attorneys for Plaintiff,
24                                          THE MEAT MARKET, INC., dba
                                            STATE CENTER FOODS

25

26

27

28

1

## **ORDER**

2          IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, as follows:

3          1.        The Final Pre-Trial Conference is continued to November 21, 2013 at 8:30

4   a.m. Mandatory appearance by trial counsel is required. .

5          2.        The Trial date is continued to January 14, 2014 at 8:30 a.m..

6   IT IS SO ORDERED.

7
Dated:      April 15, 2013            _____

8                                                        SENIOR   DISTRICT   JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28