**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE MEAT MARKET, INC., dba STATE CENTER FOODS,<br><br>Plaintiff,<br><br>v.<br><br>THE AMERICAN INSURANCE CO.; and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____/ | 1:11-cv-00983-AWI-SAB<br><br>**ORDER RE: STIPULATION**<br><br>(Doc. 43) |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On September 24, 2013, the parties filed a stipulation (doc. 43) representing to the Court they had agreed to settle this matter in full and that, as part of their compromise, they sought to withdraw and strike from the record the Court's March 19, 2013 order re: motion for summary judgment or summary adjudication (doc. 37). The parties are hereby ORDERED to file a notice of settlement and joint stipulation to dismiss or conclude this action in its entirety with thirty days of entry of this order. After the appropriate papers have been filed, the Court shall forthwith enter an order

1

withdrawing and striking its March 19, 2013 summary judgment order from the record and closing the case. Accordingly, all future dates, including the November 21, 2013 pretrial conference date and January 14, 2014 jury trial date, are VACATED.

IT IS SO ORDERED.

Dated:   September 26, 2013

_____
SENIOR DISTRICT JUDGE

2